UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) No. 4:14-CV-63 RLW ) |
| v. | ) ) ) |
| ABILITY BUILDING & RESTORATION, LLC, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Compel (ECF No. 28). Plaintiffs ask the Court to compel Kayla Mays-Adkins, representative for Ability Building & Restoration, LLC, to appear for a post-judgment deposition and to produce the records requested in Plaintiffs' Notice of Deposition at the offices of Plaintiffs' counsel on January 7, 2015 at 10:00 a.m. Plaintiffs note that they previously scheduled Ms. Mays-Adkins' deposition on December 2, 2014 at 10:30 a.m., but she failed to appear.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel (ECF No. 28) is **GRANTED**. Kayla Mays-Adkins, representative for Ability Building & Restoration, LLC, shall appear for a post-judgment deposition and shall produce the records requested in Plaintiffs' Notice of Deposition at the offices of Plaintiffs' counsel on **January 7, 2015 at 10:00 a.m.**

Dated this 11th day of December, 2014.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**